■ In the Matter of PETER H. NACHBUR, Appellant, v ALLTRANSPORT, INCORPORATED, Respondent.—Judgment, Supreme Court, New York County, entered on July 15, 1976, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Appeal from order of said court

entered on August 17, 1976, unanimously dismissed as nonappealable, without costs and without disbursements. Concur—Kupferman, J. P., Murphy, Lupiano, Birns and Nunez, JJ.